UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY AND GUARANTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>STAR EQUIPMENT CORPORATION, CHARLENE B. FORAN, JOHN J. FORAN, and TOWN OF SEEKONK,<br><br>Defendants. | CIVIL ACTION NO. 04-10250-EFH |

## NOTICE OF APEARANCE

Please enter the appearance of Eric H. Loeffler of Cetrulo & Capone LLP, Two Seaport Lane, Boston, MA 02210, as counsel for the plaintiff, Fidelity and Guaranty Insurance Company in the above action.

Respectfully submitted,

FIDELITY & GUARANTY INSURANCE COMPANY,

By its attorneys,

*[signature]*

Bradford R. Carver, BBO #565396
Eric H. Loeffler, BBO#641289
Cetrulo & Capone LLP
Two Seaport Lane
Boston, Massachusetts 02210
(617) 217-5500

02060-0107
327218v1