UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY AND GUARANTY <br> INSURANCE COMPANY, <br>     Plaintiff, <br> <br> V. <br> <br> STAR EQUIPMENT CORPORATION, <br> CHARLENE B. FORAN, JOHN J. <br> FORAN and TOWN OF SEEKONK, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )    Civil Action No.: 04-10250-EFH <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-MENTIONED COURT:

Please enter my Notice of Appearance for Defendant, Town of Seekonk, in the above-entitled matter.

                                    Respectfully submitted,
                                    Town of Seekonk
                                    By his Attorneys,


                                    /s/ Andrew S. Brooslin
                                  Andrew S. Brooslin, BBO #638238
                                  Brody, Hardoon, Perkins & Kesten, LLP
                                  One Exeter Plaza
                                  Boston, MA 02116
                                  (617) 880-7100

Dated: May 6, 2004