UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY AND GUARANTY <br> INSURANCE COMPANY, <br>     Plaintiff, <br> <br> V. <br> <br> STAR EQUIPMENT CORPORATION, <br> CHARLENE B. FORAN, JOHN J. <br> FORAN and TOWN OF SEEKONK, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 04-10250-EFH <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-MENTIONED COURT:

Please enter my Notice of Appearance for Defendant, Town of Seekonk, in the above-entitled matter.

Respectfully submitted,
Town of Seekonk
By his Attorneys,


_____/s/Leonard H. Kesten_____
Leonard H. Kesten, BBO #542042
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA  02116
(617) 880-7100

Dated: May 6, 2004