# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

FIDELITY AND GUARANTY INSURANCE
COMPANY,

            Plaintiff,

v.

STAR EQUIPMENT CORPORATION,
CHARLENE B. FORAN, JOHN J. FORAN,
and TOWN OF SEEKONK,

            Defendants.

CIVIL ACTION NO. 04-10250-EFH

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)

This will certify that counsel for the plaintiff, Fidelity and Guaranty Insurance Company, has conferred with Fidelity and Guaranty Insurance Company (a) with a view to establishing a budget of the costs of conducting the full course, and various alternative courses, of the litigation; and (b) to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

FIDELITY AND GUARANTY
INSURANCE COMPANY,

By its attorneys,

/s/ Eric H. Loeffler, Esq.
Bradford R. Carver, BBO #565396
Eric H. Loeffler, BBO#641289
Cetrulo & Capone LLP
Two Seaport Lane
Boston, Massachusetts 02210
(617) 217-5500

1

/s/ Kimberly D. Zanotta, Esq.
Kimberly D. Zanotta, Esq.
Surety Claim Attorney
St. Paul Travelers
5801 Centennial Way
Baltimore, MD 21209

02060-0107
330936v1