UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * * *

FIDELITY AND GUARANTY INSURANCE
COMPANY,
                Plaintiff

                                                                CIVIL ACTION NO.:
                v.                                            04-10250-EFH

STAR EQUIPMENT CORPORATION,
ET AL.,
                Defendants.
* * * * * * * * * * * * * * * * * * * * * * * * * *


# FINAL PRETRIAL CONFERENCE ORDER

June 8, 2004

HARRINGTON, S.D.J.

      The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at 2:00 P.M. on Tuesday, March 15, 2005.

      SO ORDERED.


                                                /s/ Edward F. Harrington
                                                EDWARD F. HARRINGTON
                                                United States Senior District Judge