AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

## APPEARANCE

Case Number: __04-10250 EFH__

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for __defendants__
__STAR EQUIPMENT CORP__
__CHARLENE FORAN__
__JOHN FORAN__

I certify that I am admitted to practice in this court.

__May 3, 2005__
Date

__/s/ James J. Timmins__
Signature

__JAMES J. TIMMINS__        __547512__
Print Name                    Bar Number

__55 Willard St.__
Address

__Quincy__      __MA__       __02169__
City            State         Zip Code

__617 376-0200__              __617 376-2331__
Phone Number                  Fax Number