UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY AND GUARANTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>STAR EQUIPMENT CORPORATION, CHARLENE B. FORAN, JOHN J. FORAN, and TOWN OF SEEKONK,<br><br>    Defendants. | CIVIL ACTION NO. 04-10250-EFH |

**NOTICE OF CHANGE OF ADDRESS FOR COUNSEL FOR FIDELITY AND GUARANTY INSURANCE COMPANY**

This is to notify the Court and all parties to the above-captioned matter that, effective July 1, 2005, the new firm name, address, telephone number and facsimile number for counsel for Fidelity & Guaranty Insurance Company is as follows:

**Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02110
Telephone: (617) 213-7000
Fax: (617) 213-7001**

1

                                          Respectfully Submitted,
                                          FIDELITY AND GUARANTY
                                          INSURANCE COMPANY
                                          By its attorneys,

                                          /s/ Eric H. Loeffler
                                          _____
                                          Bradford R. Carver, BBO #565396
                                          Eric H. Loeffler, BBO #641289
                                          Hinshaw & Culbertson LLP
                                          One International Place, 3rd Floor
                                          Boston, MA 02110
Date:  July 14, 2005                      Telephone:  (617) 213-7000

2

34012275v1 NEWFILE