# AMORY ENGINEERS, P.C.

WATER WORKS • WATER RESOURCES • CIVIL WORKS

25 DEPOT STREET, P.O. BOX 1768
DUXBURY, MASSACHUSETTS 02331-1768

TEL.: 781-934-0178 • FAX: 781-934-6499
WWW.AMORYENGINEERS.COM

March 2, 2005

Mr. Bruce S. Baldwin
Seekonk Water District
P.O. Box 97
Seekonk, MA 02771

Subject: **Installation of Watermains and Appurtenant Work, Contract 2004-W1**

Dear Mr. Baldwin:

In response to Attorney Brooslin's request, by letter to the District dated February 25, 2005, we have prepared the following summary. The District contracted with Star Equipment to install watermains in various streets. Star stopped work with the project unfinished. Bids from contractors to complete Star's unfinished work, and to correct unacceptable work, were received on May 19, 2004. Bay State Piping submitted the low bid to complete the work (see enclosed Bid Tabulation). Bay State's work is now complete except for paving work scheduled for completion in Spring 2005. The District has made five payments to Bay State to date (copies of the five payment applications are enclosed). We estimate that the value of remaining work payable to Bay State is $109,612.50.

Following is a current summary of costs, incurred and anticipated, to the District for the completed project. The purpose of this summary is to estimate the total cost of the project to the District and the difference between the total cost and what would have been paid had Star completed the work as originally contracted.

A. **Estimate of Cost to Complete**

| | |
|---|---:|
| Bay State: | |
|   Paid to date: | $259,427.50 |
|   Estimate to complete the work: | 109,612.50 |
| Value of work completed by Star Equipment (see calculation below): | 55,406.00 |
| Engineering/legal fees relating to Star negotiations: | 17,000.00 |
| Engineering fee for redesign: | 4,500.00 |
| Engineering fees for construction services (as of 2/18/05): | 14,100.00 |
| Allowance for remaining engineering/legal fees: | 5,000.00 |
| **Total – Item A** | **$465,046.00** |

B. **Less Estimate of Cost if Completed by Star under Original Contract**

Total – Item B (Star's original bid)    $285,083.00

**Estimate of Additional Cost to District to Complete**    $179,963.00

Mr. Bruce S. Baldwin
March 2, 2005
Page 2

The value of work completed by Star Equipment was calculated as follows:

| | |
|---|---:|
| Amount paid to Star to date: | $33,147.00 |
| Value of additional work completed by Star but not paid: | $41,277.00 |
| Less cost paid to Bay State to correct unacceptable work by Star: | ($19,018.00) |
| Net value of work completed by Star Equipment: | $55,406.00 |

Please call if you have any question.

Very truly yours,

AMORY ENGINEERS, P.C.

By:

David A. Jacobsen, P.E.

RJT:vs
enc.