UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 DEC -9  A 11: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

FIDELITY and GUARANTY
INSURANCE COMPANY,

    Plaintiff

v.                                     Civil Action No. 04-10250 EFH

STAR EQUIPMENT CORPORATION,
CHARLENE B. FORAN, JOHN J. FORAN
and TOWN OF SEEKONK,

    Defendants

## OPPOSITION OF THE DEFENDANTS STAR EQUIPMENT, CHARLENE B. FORAN and JOHN J. FORAN TO FIDELITY and GUARANTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

The defendants Star Equipment ("Star"), Charlene B. Foran and John J. Foran (collectively, "the Forans"), hereby oppose the motion of Fidelity and Guaranty Insurance Company ("F&G") for the entry of a summary judgment as to Counts Two and Three of its complaint for Declaratory Judgment.

In support of this opposition, the defendants file their Statement of Material Facts in Dispute, Affidavit of John J. Foran, and Memorandum of Law in Opposition to Motion for Summary Judgment.

For the reasons set forth in the documents filed, these defendants respectfully submit that the entry of a summary judgment as to Counts Two and Three would be

premature at this time, there existing material issues of fact in dispute which preclude the entry of such judgment.

                                                    Respectfully submitted,
                                                    By their attorney,

                                                  */s/ James S. Timmins*
                                                  James S. Timmins BBO # 547512
                                                  55 Willard Street
                                                  Quincy MA 02169
                                                  (617) 376-0700

DATE:  December 7, 2005