UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Fidelity & Guaranty Ins. Co.
_____
Plaintiff(s)

V.

Star Equip. Corp., et al
_____
Defendant(s)

CIVIL ACTION
NO. 04-10250 EFH

**ORDER OF REFERENCE
FOR
ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _____ for the following ADR program:

- [ ] SCREENING CONFERENCE
- [x] MEDIATION
- [ ] SUMMARY JURY TRIAL
- [ ] SPECIAL MASTER
- [ ] PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM
- [ ] EARLY NEUTRAL EVALUATION
- [ ] MINI-TRIAL
- [ ] SETTLEMENT CONFERENCE

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

1/19/2006
_____
DATE

/s/Edward F. Harrington USSDJ
_____
UNITED STATES DISTRICT JUDGE

CASE CATEGORY

- [ ] Admiralty
- [ ] Civil Rights
- [ ] Copyright/Trademark/Patent
- [ ] ERISA
- [ ] Labor Relations
- [ ] Personal Injury
- [ ] Shareholder Dispute
- [ ] Other

- [ ] Antitrust
- [x] Contract
- [ ] Environmental
- [ ] FELA
- [ ] Medical Malpractice
- [ ] Product Liability

(ADRReferralforpdf.wpd - 4/12/2000)