# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY & GUARANTY INS. CO.,<br>　　　　　　　Plaintiff<br><br>　　　　v.<br><br>STAR EQUIPMENT CORPORATION,<br>ET AL.,<br>　　　　　　　Defendants. | CIVIL ACTION NO.:<br>04-10250-EFH |

# **SCHEDULING ORDER**

April 11, 2006

HARRINGTON, S.D.J.

　　　A Status Conference in this case is scheduled for **Thursday, June 29, 2006**, at 11:00 A.M., in Courtroom No. 13 on the Fifth Floor.

　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Edward F. Harrington
　　　　　　　　　　　　　　　　　　　　　　　　EDWARD F. HARRINGTON
　　　　　　　　　　　　　　　　　　　　　　　　United States Senior District Judge