# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY & GUARANTY INS. CO.,<br>　　　　　　　　Plaintiff<br><br>　　　　v.<br><br>STAR EQUIPMENT CORPORATION,<br>ET AL.,<br>　　　　　　　　Defendants. | CIVIL ACTION NO.:<br>04-10250-EFH |

## **O R D E R**

June 29, 2006

HARRINGTON, S.D.J.

　　A Motion for a Separate and Final Judgment or a Motion for Dismissal shall be filed on or before July 28, 2006.

　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　/s/ Edward F. Harrington
　　　　　　　　　　　　　　　　　　　　　　EDWARD F. HARRINGTON
　　　　　　　　　　　　　　　　　　　　　　United States Senior District Judge