Settlement Memorandum of Understanding
("fidelity")

1. Fidelity & Guaranty Ins. Co. ~ will pay to the Seekonk Water District/Town of Seekonk, Mass, the sum of Fifty thousand dollars ($50,000.ºº);

2. The parties hereto agree to Release all claims asserted in the action entitled Fidelity & Guaranty Ins. Co. v. Star Equip. Corp, et al, #1:04-cv-10250-EFH (D.Mass.) except that Star, Charlene Foran & John Foran do ~~not Release~~ clair, and Fidelity do not Release claims & defenses they have against each other.

3. This settlement is conditioned upon:
(a) Approval by appropriate municipal authorities; and

(b) Execution of customary Releases and settlement agreement.

Dated: March 4, 2006

STAR EQUIPMENT, by
_Charlene Foran_
Charlene Foran
_Charlene Foran_
Charlene Foran
_John Foran_
John Foran

FIDELITY & GUARANTY Ins. Co.
By its attorney,
_____
Eric H. Loeffler

AS TO FORM:
_James Simmon_
COUNSEL FOR STAR
AND THE FORANS

SEEKONK WATER DISTRICT

BY _Robert T. Fuller_ CHAIRMAN
BY _____ ATTORNEY FOR