Settlement Memorandum of Understanding
("Fidelity")

1. Fidelity & Guaranty Ins. Co. will pay to the Seekonk Water District/Town of Seekonk, Mass, the sum of Fifty Thousand dollars ($50,000.00);

2. The parties hereto agree to Release all claims asserted in the action entitled Fidelity & Guaranty Ins. Co. v. Star Equip. Corp, et al, # 1:04-cv-10250-EFH (D.Mass.) except that Star, Charlene Foran & John Foran do ~~not release~~ clai, and Fidelity do not Release claims & defenses they have against each other.

3. This settlement is conditioned upon:
(a) Approval by appropriate municipal authorities; and

(b) Execution of customary releases and settlement agreement.

Dated: March 4, 2006

STAR EQUIPMENT, by
_Charlene Foran_
Charlene Foran
_Charlene Foran_
Charlene Foran
_John Foran_
John Foran

AS TO FORM:
_James [signature]_
COUNSEL FOR STAR AND THE FORANS

FIDELITY & GUARANTY INS. CO.
By its attorney,
_[signature]_
Eric H. Loeffler

SEEKONK WATER DISTRICT

BY _Robert T Fuller_ CHAIRMAN
BY _[signature]_ ATTORNEY FOR