UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY AND GUARANTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>STAR EQUIPMENT CORPORATION, CHARLENE B. FORAN, JOHN J. FORAN, and TOWN OF SEEKONK,<br><br>Defendants. | CIVIL ACTION NO. 1:04-CV-10250-EFH |

**FIDELITY AND GUARANTY INSURANCE COMPANY AND TOWN OF SEEKONK'S REQUEST FOR HEARING ON JOINT MOTION FOR RECONSIDERATION**

Pursuant to Local Rule 7.1(D), the plaintiff, Fidelity and Guaranty Insurance Company ("F&G" or "Fidelity"), and the defendant, Town of Seekonk, Seekonk Water District ("Seekonk"), hereby respectfully request a hearing on their Joint Motion for Reconsideration of the Court's Denial of their Joint Motion to Enforce Settlement Agreement because oral argument is likely to assist the Court in deciding such motion.

Respectfully submitted,

**FIDELITY AND GUARANTY INSURANCE COMPANY,**

By its attorney,

/s/ Eric H. Loeffler
Bradford R. Carver, BBO #565396
Eric H. Loeffler, BBO #641289
Hinshaw & Culbertson LLP
One International Place, Third Floor
Boston, MA 02110
(617) 213-7000

and

TOWN OF SEEKONK/SEEKONK WATER DISTRICT,

By its attorneys,

/s/ Andrew S. Brooslin
Andrew S. Brooslin, BBO No.: 638238
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: November 3, 2006

## CERTIFICATE OF SERVICE

I, Eric H. Loeffler, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 3, 2006.

/s/ Eric H. Loeffler
Eric H. Loeffler, BBO #641289

34025561v1 856797