# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY & GUARANTY INS. CO.,<br>　　　　　　　　Plaintiff<br><br>　　　　　v.<br><br>STAR EQUIPMENT CORPORATION,<br>ET AL.,<br>　　　　　　　　Defendants. | CIVIL ACTION NO.:<br>04-10250-EFH |

## SCHEDULING ORDER

November 7, 2006

HARRINGTON, S.D.J.

    A hearing on the Joint Motion for Reconsideration is scheduled for **Wednesday, November 22, 2006**, at 10:00 A.M., in Courtroom No. 13 on the Fifth Floor.

    SO ORDERED.

                                                     /s/ Edward F. Harrington<br>
                                                     EDWARD F. HARRINGTON<br>
                                                     United States Senior District Judge