# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FIDELITY AND GUARANTY
INSURANCE COMPANY,

   Plaintiff,

v.

STAR EQUIPMENT CORPORATION,
CHARLENE B. FORAN, JOHN J. FORAN,
and TOWN OF SEEKONK,

   Defendants.

CIVIL ACTION NO. 1:04-CV-10250-EFH

## FIDELITY AND GUARANTY INSURANCE COMPANY'S
## MOTION FOR SUMMARY JUDGMENT

  Pursuant to Fed. R. Civ. P. Rule 56, the plaintiff, Fidelity and Guaranty Insurance

Company ("F&G"), hereby moves for summary judgment against the defendants, Star

Equipment Corporation ("Star"), Charlene B. Foran and John J. Foran (hereinafter collectively

referred to as the "Defendants" or "Indemnitors"). Pursuant to the express terms of the General

Agreement of Indemnity ("the GAI") executed by the Indemnitors, the Indemnitors are required

to reimburse F&G for all loss, costs, attorneys' fees, interest and expense of every kind or nature

incurred by F&G in its investigation, evaluation, defense and/or discharge of claims made

against surety bonds issued by F&G on behalf of Star, as principal. There are no genuine issues

of material fact in dispute and, based upon the material facts, F&G is entitled to summary

judgment as a matter of law.

  In further support of this Motion, F&G files herewith a Statement of Undisputed Material

Facts, Memorandum of Law in Support of F&G's Motion for Summary Judgment, and the

Affidavit of Timothy G. Snyder, with exhibits attached.

3402807lv1 856797

WHEREFORE, Fidelity and Guaranty Insurance Company respectfully requests that its

Motion for Summary Judgment be allowed and that this Honorable Court enter judgment in

F&G's favor against the Indemnitors, jointly and severally, to compensate F&G for the losses

that F&G has incurred in connection with the claims on the Bond, as well as F&G's attorneys'

fees, costs and expenses incurred in prosecuting this action, all in accordance with the specific

terms and conditions of the GAI, plus interest as allowed by contract or by law, and such other

relief as this Court may deem just and appropriate.

Respectfully submitted,

FIDELITY AND GUARANTY INSURANCE
COMPANY,

By its attorney,


/s/ Eric H. Loeffler
Bradford R. Carver, BBO #565396
Eric H. Loeffler, BBO #641289
Hinshaw & Culbertson LLP
One International Place, Third Floor
Boston, MA 02110
(617) 213-7000

34028071v1 856797
34015062v1 856797

## **CERTIFICATE OF SERVICE**

I, Eric H. Loeffler, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 13, 2007.

/s/ Eric H. Loeffler
Eric H. Loeffler, BBO #641289
Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02110
(617) 213-7000

3