UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FIDELITY & GUARANTY INS. CO.,
                    Plaintiff

                                                    CIVIL ACTION NO.:
            v.                                      04-10250-EFH

STAR EQUIPMENT CORPORATION,
ET AL.,
                    Defendants.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


# FINAL PRETRIAL CONFERENCE ORDER

February 21, 2007

HARRINGTON, S.D.J.

The parties in the above-entitled case having conducted an Initial Scheduling Conference

pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial

Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at 11:00 A.M. on

  **Wednesday, March 14, 2007**   .

SO ORDERED.


                                        /s/ Edward F. Harrington
                                        EDWARD F. HARRINGTON
                                        United States Senior District Judge