UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIDELITY and GUARANTY
INSURANCE COMPANY,

    Plaintiff

v.                                     Civil Action No. 04-10250 EFH

STAR EQUIPMENT CORPORATION,
CHARLENE B. FORAN, JOHN J. FORAN
and TOWN OF SEEKONK,

    Defendants

## OPPOSITION OF THE DEFENDANTS STAR EQUIPMENT, CHARLENE B. FORAN and JOHN J. FORAN TO FIDELITY and GUARANTY INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT

The defendants Star Equipment ("Star"), Charlene B. Foran and John J. Foran (collectively, "the Forans"), hereby oppose the motion of Fidelity and Guaranty Insurance Company ("F&G") for leave to file a motion for summary judgment on the eve of trial.

In support of this opposition, Star and the Forans submit the Affidavit of John J. Foran, and a Memorandum of Law in Opposition to Motion for Summary Judgment.

For the reasons set forth in the documents filed, these defendants respectfully request that this motion be denied.

                                            Respectfully submitted,
                                            By their attorney,

                                            _____/s/_____
                                            James S. Timmins BBO # 547512
                                            55 Willard Street
                                            Quincy MA 02169
                                            (617) 376-0700

DATE:   February 27, 2007