UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FIDELITY & GUARANTY INS. CO.,
            Plaintiff

                                     CIVIL ACTION NO.:
         v.                             04-10250-EFH

STAR EQUIPMENT CORPORATION,
ET AL.,
            Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

March 1, 2007

HARRINGTON, S.D.J.

      The Court grants Fidelity and Guaranty Insurance Company's Motion for Leave to File Motion for Summary Judgment. The motion for summary judgment, with attached memorandum of law, must be filed on or before March 14, 2007. The Defendants Star Equipment Corporation, Charlene B. Foran and John J. Foran are to file their memorandum in opposition on or before March 26, 2007.

      SO ORDERED.

                                              /s/ Edward F. Harrington
                                              EDWARD F. HARRINGTON
                                              United States Senior District Judge