# EXHIBIT C

Settlement Memorandum of Understanding

1. Fidelity & Guaranty Ins. Co. ("Fidelity") will pay to the Seekonk Water District/Town of Seekonk, Mass, the sum of Fifty Thousand dollars ($50,000.00);

2. The parties hereto agree to Release all claims asserted in the action entitled Fidelity & Guaranty Ins. Co. v. Star Equip. Corp., et al, #1:04-cv-10250-EFH (D. Mass.) except that Star, Charlene Foran & John Foran do ~~not release~~ claim and Fidelity do not Release claims & defenses they have against each other.

3. This settlement is conditioned upon:
(a) Approval by appropriate municipal authorities; and
(b) Execution of customary releases and settlement agreement.

Dated: March 4, 2006

SEEKONK WATER DISTRICT
BY: _____ Chairman
BY: _____ Attorney for

STAR EQUIPMENT, by
_____
Charlene Foran
_____
Charlene Foran
_____
John Foran

FIDELITY & GUARANTY INS. CO.
By its attorney
_____
Eric H. Loeffler

AS TO FORM:
_____
Counsel for Star and the Forans