# EXHIBIT E



# HINSHAW
& CULBERTSON LLP

**ATTORNEYS AT LAW**

One International Place
Fort Hill Square
Third Floor
Boston, MA 02110

617-213-7000
617-213-7001 (fax)
www.hinshawlaw.com

January 19, 2007

**VIA OVERNIGHT MAIL**

Seekonk Water District
50 Water Lane
Seekonk, MA 021771
Attn: Board of Commissioners

Re:    Principal:    Star Equipment Corporation
       Obligee:    Seekonk Water District
       Surety:    Fidelity and Guaranty Insurance Company
       Bond:    SZ5145
       Claim:    0400SZ5145
       Project:    Installation of Replacement Watermains and Appurtenant Work
       Our File:    7791-856797

Dear Sir/Madam:

With regard to the above-referenced matter, enclosed is a re-issued settlement check in the amount of $50,000.00.

Thank you for your cooperation and patience.

Very truly yours,

HINSHAW & CULBERTSON LLP

Eric H. Loeffler
eloeffler@hinshawlaw.com

EHL:lam
Enclosures

cc:    Mr. Timothy Snyder
      Andrew S. Brooslin, Esq.

34027652v1 856797

Arizona   California   Florida   Illinois   Indiana   Massachusetts   Minnesota   Missouri   New York   Oregon   Rhode Island   Wisconsin

```
BOND UNIT, ATTN: D. WOJEK   2S1
1 TOWER SQUARE
HARTFORD, CT 06183              CAP
A-101-BND-007015037-0000084899-0052
```

**TRAVELERS**

## DISBURSEMENT PROCESSING

```
FORMAT:         BD1
DATE:           01/15/07
PAYEE:          BND-007015037
CHECK NUMBER:   00999693
CHECK AMOUNT:   $*****50,000.00

FOR PAYMENT INFORMATION
PHONE:          SEE BELOW
```

```
The Seekonk Water District
Hinshaw Culbertson Atn Loefflr
1 International Pl, 3d Floor
BOSTON MA 02110
```

```
Claim: 111-SC-SZ514501-RG, M Bond: 006-SB-SZ5145
Mgr: Kimberly Zanotta        Phone: (443) 353-2121
Mgr: Kimberly Zanotta        Phone: (443) 353-2121
Insured: STAR EQUIPMENT

Full and final settlement of all matters relating
to the above-referenced bond and the matters involving
the Town of Seekonk Water District.
```

0054

DETACH HERE                                                DETACH HERE

**TRAVELERS**                    51-44/113    **CHECK NUMBER 00999693**
                                 Bank of America        FORMAT 390
A-101-BND-007015037-0000084899-0052              DATE   01/15/07
FOR PAYMENT INFORMATION
PHONE:   SEE BELOW
         FIFTY THOUSAND AND NO/100 DOLLARS ****
PAY  *********************************************
     *********************************            $*****50,000.00*******

     PAY    The Seekonk Water District
     TO THE Hinshaw Culbertson Atn Loefflr
     ORDER OF 1 International Pl, 3d Floor
            BOSTON              MA  02110-2602

                                                 *Douglas K. [signature]*
THIS CHECK HAS A RED BACKGROUND              AUTHORIZED SIGNATURE

⑆00999693⑆ ⑇011900445⑇ 000000061233⑆