UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FIDELITY & GUARANTY INS. CO.,
    Plaintiff

         CIVIL ACTION NO.:
v.         04-10250-EFH

STAR EQUIPMENT CORPORATION,
ET AL.,
    Defendants.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

March 6, 2007

HARRINGTON, S.D.J.

  The Court issues the following Orders:

1. The Final Pretrial Conference presently scheduled for March 14, 2007 is cancelled.

2. A hearing on Plaintiff Fidelity & Guaranty Ins. Co.'s Motion for Summary Judgment is scheduled for **Monday, March 26, 2007**, at 10:00 A.M.

3. If the Court denies Plaintiff Fidelity & Guaranty Ins. Co.'s Motion for Summary Judgment, the trial of this case is re-scheduled for **Monday, April 2, 2007**, at 9:00 A.M., in Courtroom No. 13 on the Fifth Floor.

  SO ORDERED.

            /s/ Edward F. Harrington
            EDWARD F. HARRINGTON
            United States Senior District Judge