UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIDELITY and GUARANTY
INSURANCE COMPANY,

    Plaintiff

v.                                                Civil Action No. 04-10250 EFH

STAR EQUIPMENT CORPORATION,
CHARLENE B. FORAN, JOHN J. FORAN
and TOWN OF SEEKONK,

    Defendants

## OPPOSITION OF THE DEFENDANTS STAR EQUIPMENT, CHARLENE B. FORAN and JOHN J. FORAN TO FIDELITY and GUARANTY INSURANCE COMPANY'S MOTION FOR FOR SUMMARY JUDGMENT

The defendants Star Equipment ("Star"), Charlene B. Foran and John J. Foran (collectively, "the Forans"), hereby oppose the motion of Fidelity and Guaranty Insurance Company ("F&G") for summary judgment.

In support of this opposition, Star and the Forans refer to the Affidavit of John J. Foran, dated February 27, 2007 – previously filed as Document 48 - and a Memorandum of Law in Opposition to Motion for Summary Judgment.

For the reasons set forth in the documents filed, these defendants respectfully request that this motion be denied.

                                        Respectfully submitted,
                                        By their attorney,


                                        _____/s/_____
                                        James S. Timmins BBO # 547512
                                        55 Willard Street
                                        Quincy MA 02169
                                        (617) 376-0700

DATE:  March 19, 2007