# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

FIDELITY AND GUARANTY INSURANCE COMPANY,
            Plaintiff

v.

STAR EQUIPMENT CORPORATION, CHARLENE B. FORAN, JOHN J. FORAN, and TOWN OF SEEKONK,
            Defendants.

CIVIL ACTION NO.: 04-10250-EFH

## J U D G M E N T

April 10, 2007

HARRINGTON, S.D.J.

    In accordance with the Finding of Facts and Order issued April 5, 2007, judgment is entered for the Plaintiff Fidelity and Guaranty Insurance Company in the amount of $111,313.43, plus costs and interest.

    SO ORDERED.

/s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge