UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIDELITY and GUARANTY
INSURANCE COMPANY,

      Plaintiff

v.                                Civil Action No. 04-10250 EFH

STAR EQUIPMENT CORPORATION,
CHARLENE B. FORAN, JOHN J. FORAN
and TOWN OF SEEKONK,

      Defendants

**NOTICE OF APPEAL**

      Notice is hereby given that the defendants, Star Equipment ("Star"),

Charlene B. Foran and John J. Foran (collectively, "the Forans"), hereby appeal to the

United States Court of Appeals for the First Circuit from the final judgment entered in

this action on the 10th day of April, 2007; and, from the Finding of Facts and Order

entered in this action on the 5th day April, 2007, as referenced within said judgment.

                    Respectfully submitted,
                    By their attorney,


                    /s/ *James S. Timmins*
                    James S. Timmins BBO # 547512
                    55 Willard Street
                    Quincy MA 02169
                    (617) 376-0700

DATE:  May 7, 2007