UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIDELITY and GUARANTY
INSURANCE COMPANY,

    Plaintiff

v.                                                   Civil Action No. 04-10250 EFH

STAR EQUIPMENT CORPORATION,
CHARLENE B. FORAN, JOHN J. FORAN
and TOWN OF SEEKONK,

    Defendants

## AMENDED NOTICE OF APPEAL

Notice is hereby given that the defendants, Star Equipment ("Star"), Charlene B. Foran and John J. Foran (collectively, "the Forans"), hereby appeal to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on the 10th day of April, 2007; and, from the Finding of Facts and Order entered in this action on the 5th day April, 2007, as referenced within said judgment; and, from the Order dated November 29, 2006, also referenced within said judgment.

                                                  Respectfully submitted,
                                                  By their attorney,

                                                  /s/ *James S. Timmins*
                                                  James S. Timmins BBO # 547512
                                                  55 Willard Street
                                                  Quincy MA 02169
                                                  (617) 376-0700

DATE:  May 10, 2007