APPEA

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10250-EFH

| | |
|---|---|
| Fidelity and Guaranty Insurance Company v. Star Equipment Corporation et al | Date Filed: 02/05/2004 |
| Assigned to: Senior Judge Edward F. Harrington | Date Terminated: 04/10/2007 |
| Cause: 28:1332 Diversity-Insurance Contract | Jury Demand: Both |
| | Nature of Suit: 110 Insurance |
| | Jurisdiction: Diversity |

**Plaintiff**

**Fidelity and Guaranty Insurance Company**   represented by **Bradford R. Carver**
Hinshaw & Culbertson LLP
One International Place
3rd Floor
Boston, MA 02110
617-213-7002
Fax: 617-213-7001
Email: bcarver@hinshawlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric H. Loeffler**
Hinshaw & Culbertson LLP
One International Place
Fort Hill Square
Third Floor
Boston, MA 02110
617-213-7010
Fax: 617-213-7049
Email: eloeffler@hinshawlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Star Equipment Corporation**   represented by **E. David Edge**
Butterall & Greene
2048 Washington Street
Hanover, MA 02339
781-792-0801
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James S. Timmins**
55 Willard Street

                                          Quincy, MA 02169
                                          617-376-0700
                                          Fax: 617-376-2331
                                          Email: jtimmins@cronintimmins.com
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Charlene R. Foran**      represented by **James S. Timmins**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**John J. Foran**      represented by **James S. Timmins**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Town of Seekonk**      represented by **Andrew S. Brooslin**
                                          Brody, Hardon, Perkins, & Kesten LL
                                          One Exeter Plaza
                                          Boston, MA 02116
                                          617-880-7100
                                          Fax: 617-880-7171
                                          Email: abrooslin@BHPKlaw.com
                                          *ATTORNEY TO BE NOTICED*

                                          **Leonard H. Kesten**
                                          Brody, Hardoon, Perkins & Kesten
                                          One Exeter Plaza
                                          12th Floor
                                          Boston, MA 02116
                                          617-880-7100
                                          Fax: 617-880-7171
                                          Email: lkesten@bhpklaw.com
                                          *ATTORNEY TO BE NOTICED*

**Mediator**

**Scott A. Birnbaum**
*TERMINATED: 04/06/2006*

**Cross Claimant**

**Town of Seekonk**      represented by **Andrew S. Brooslin**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Star Equipment Corporation**     represented by **James S. Timmins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Star Equipment Corporation**     represented by **James S. Timmins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Town of Seekonk**     represented by **Andrew S. Brooslin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Charlene R. Foran**     represented by **E. David Edge**
Butterall & Greene
2048 Washington Street
Hanover, MA 02339
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Town of Seekonk**     represented by **Andrew S. Brooslin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**John J. Foran**     represented by **E. David Edge**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Town of Seekonk**     represented by **Andrew S. Brooslin**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2004 | 1 | COMPLAINT against Charlene R. Foran, John J. Foran, Star Equipment Corporation, Town of Seekonk Filing fee: $ 150, receipt number 53558 |

| | | |
|---|---|---|
| | | filed by Fidelity and Guaranty Insurance Company. (Attachments: # 1 Exhibit A-G (NOT SCANNED))(Holahan, Sandra) (Entered: 02/06/2004) |
| 02/05/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge DEIN. (Holahan, Sandra) (Entered: 02/06/2004) |
| 02/05/2004 | | Summons Issued as to Charlene R. Foran, John J. Foran, Star Equipment Corporation, Town of Seekonk. (Holahan, Sandra) (Entered: 02/06/2004) |
| 02/18/2004 | 2 | NOTICE of Scheduling Conference Scheduling Conference set for 5/12/2004 02:00 PM in Courtroom 19 before Edward F. Harrington. (Holahan, Sandra) (Entered: 02/18/2004) |
| 02/23/2004 | 3 | WAIVER OF SERVICE Returned Executed Town of Seekonk waiver sent on 2/9/2004, answer due 4/9/2004. (Holahan, Sandra) (Entered: 02/25/2004) |
| 03/17/2004 | 4 | WAIVER OF SERVICE Returned Executed Star Equipment Corporation waiver sent on 2/9/2004, answer due 4/9/2004. (Holahan, Sandra) (Entered: 03/19/2004) |
| 05/03/2004 | 5 | NOTICE of Appearance by Eric H. Loeffler on behalf of Fidelity and Guaranty Insurance Company (Loeffler, Eric) (Entered: 05/03/2004) |
| 05/03/2004 | 6 | MOTION to Continue Initial Scheduling Conference by Fidelity and Guaranty Insurance Company.(Loeffler, Eric) (Entered: 05/03/2004) |
| 05/04/2004 | | Judge Edward F. Harrington : ELECTRONIC ORDER entered granting Motion to Continue scheduling conference. MOTION ALLOWED. CONFERENCE IS CONTINUED TO 6/8/2004. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 05/04/2004) |
| 05/04/2004 | 7 | REVISED NOTICE of Scheduling Conference Scheduling Conference RESET for 6/8/2004 02:00 PM in Courtroom 19 before Edward F. Harrington. cc/cl(Holahan, Sandra) (Entered: 05/04/2004) |
| 05/06/2004 | 8 | NOTICE of Appearance by Andrew S. Brooslin on behalf of Town of Seekonk (Brooslin, Andrew) (Entered: 05/06/2004) |
| 05/06/2004 | 9 | NOTICE of Appearance by Leonard H. Kesten on behalf of Town of Seekonk (Kesten, Leonard) (Entered: 05/06/2004) |
| 05/18/2004 | 10 | ANSWER to Complaint with Jury Demand, CROSSCLAIM against Star Equipment Corporation by Town of Seekonk.(Brooslin, Andrew) (Entered: 05/18/2004) |
| 06/07/2004 | 11 | JOINT STATEMENT re scheduling conference. (Loeffler, Eric) (Entered: 06/07/2004) |
| 06/07/2004 | 12 | CERTIFICATE OF CONSULTATION *Pursuant to Local Rule 16.1(D* by Eric H. Loeffler on behalf of Fidelity and Guaranty Insurance Company. (Loeffler, Eric) (Entered: 06/07/2004) |

| | | |
|---|---|---|
| 06/08/2004 | ● | ELECTRONIC Clerk's Notes for proceedings held before Judge Edward F. Harrington : Scheduling Conference held on 6/8/2004. Final pretrial order issued; Conference scheduled for 3/15/2005 at 2:00 P.M. (Court Reporter none.) (Holahan, Sandra) (Entered: 06/08/2004) |
| 06/08/2004 | 13 | Judge Edward F. Harrington : PROCEDURAL ORDER re pretrial Final Pretrial Conference set for 3/15/2005 02:00 PM in Courtroom 13 before Edward F. Harrington. SO ORDERED. cc/cl(Holahan, Sandra) (Entered: 06/08/2004) |
| 06/08/2004 | 14 | ANSWER to Complaint with JURY DEMAND, CROSSCLAIM against Town of Seekonk by Star Equipment Corporation.(Holahan, Sandra) (Entered: 06/14/2004) |
| 06/08/2004 | 15 | ANSWER to Complaint with JURY DEMAND, CROSSCLAIM against Town of Seekonk by Charlene R. Foran.(Holahan, Sandra) (Entered: 06/14/2004) |
| 06/08/2004 | 16 | ANSWER to Complaint with JURY DEMAND, CROSSCLAIM against Town of Seekonk by John J. Foran.(Holahan, Sandra) (Entered: 06/14/2004) |
| 06/08/2004 | 17 | ANSWER to Crossclaim by Star Equipment Corporation.(Holahan, Sandra) (Entered: 06/14/2004) |
| 06/18/2004 | 18 | *Defendant, Town of Seekonk's Answer To Defendant, Star Equipment Corporation, Charlene B. Foran and John J. Foran's Cross-claims* by Town of Seekonk.(Brooslin, Andrew) Modified on 6/21/2004 (Holahan, Sandra). (Entered: 06/18/2004) |
| 03/11/2005 | 19 | Assented to MOTION to Continue Pre-trial Conference by Town of Seekonk, Town of Seekonk, Town of Seekonk, Town of Seekonk, Town of Seekonk.(Brooslin, Andrew) (Entered: 03/11/2005) |
| 03/14/2005 | ● | Judge Edward F. Harrington : Electronic ORDER entered. re 19 Assented to MOTION to Continue Pre-trial Conference filed by Town of Seekonk, MOTION ALLOWED. cc/cl REVISED Final Pretrial Conference set for 5/3/2005 11:00 AM in Courtroom 13 before Judge Edward F. Harrington SO ORDERED. cc/cl(Holahan, Sandra) (Entered: 03/14/2005) |
| 05/03/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge Edward F. Harrington : Final Pretrial Conference held on 5/3/2005. New attorney for defendant files notice of appearance; Parties will be ready for trial 12/5/2005; Order to be issued; (Court Reporter none.) (Holahan, Sandra (Entered: 05/03/2005) |
| 05/03/2005 | 20 | Judge Edward F. Harrington : ORDER entered. PROCEDURAL ORDE re trial Jury Trial set for 12/5/2005 09:00 AM in Courtroom 13 before Judge Edward F. Harrington. SO ORDERED. cc/cl(Holahan, Sandra) (Entered: 05/04/2005) |
| 05/03/2005 | 21 | NOTICE of Appearance by James S. Timmins on behalf of Star Equipment Corporation (Holahan, Sandra) (Entered: 05/17/2005) |

| | | |
|---|---|---|
| 07/14/2005 | 22 | NOTICE of Change of Address by Eric H. Loeffler *and Bradford R. Carver* (Loeffler, Eric) (Entered: 07/14/2005) |
| 10/31/2005 | 23 | MOTION for Summary Judgment by Fidelity and Guaranty Insurance Company.(Loeffler, Eric) (Entered: 10/31/2005) |
| 10/31/2005 | 24 | MEMORANDUM in Support re 23 MOTION for Summary Judgment filed by Fidelity and Guaranty Insurance Company. (Loeffler, Eric) (Entered: 10/31/2005) |
| 10/31/2005 | 25 | STATEMENT of facts re 23 MOTION for Summary Judgment. (Loeffler, Eric) (Entered: 10/31/2005) |
| 10/31/2005 | 26 | AFFIDAVIT in Support re 23 MOTION for Summary Judgment. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Loeffler, Eric) (Entered: 10/31/2005) |
| 11/14/2005 | 27 | Joint MOTION to Continue Trial by Town of Seekonk.(Brooslin, Andrew) (Entered: 11/14/2005) |
| 11/15/2005 | | Judge Edward F. Harrington : Electronic ORDER entered granting 27 Motion to Continue Jury Trial RESET for 2/6/2006 09:00 AM in Courtroom 13 before Judge Judge Edward F. Harrington. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 11/16/2005) |
| 11/15/2005 | 28 | Judge Edward F. Harrington : ORDER entered. REVISED PROCEDURAL ORDER re pretrial/trial Jury Trial RESET for 2/6/2006 09:00 AM in Courtroom 13 before Judge Judge Edward F. Harrington. (Holahan, Sandra) (Entered: 11/16/2005) |
| 12/08/2005 | | Motions terminated: 19 Assented to MOTION to Continue Pre-trial Conference filed by Town of Seekonk,. (MOTION WAS RULED ON 3/14/05 BY EFH) (Holahan, Sandra) (Entered: 12/08/2005) |
| 12/09/2005 | 29 | MOTION for Leave to File opposition late by Star Equipment Corporation, Charlene R. Foran, John J. Foran.(Holahan, Sandra) (Entered: 12/12/2005) |
| 12/09/2005 | 30 | Opposition re 23 MOTION for Summary Judgment filed by Star Equipment Corporation, Charlene R. Foran, John J. Foran. (Holahan, Sandra) (Entered: 12/13/2005) |
| 12/09/2005 | 31 | MEMORANDUM OF LAW by Star Equipment Corporation, Charlene R. Foran, John J. Foran in OPPOSITION to 23 MOTION for Summary Judgment. (Holahan, Sandra) (Entered: 12/13/2005) |
| 12/09/2005 | 32 | AFFIDAVIT of John J. Foran re 30 Opposition to Motion, 31 Memorandum of Law by Star Equipment Corporation, Charlene R. Foran, John J. Foran. (Holahan, Sandra) (Entered: 12/13/2005) |
| 12/13/2005 | | Judge Edward F. Harrington : Electronic ORDER entered granting 29 Motion for Leave to File opposition late. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 12/13/2005) |
| 12/14/2005 | | Judge Edward F. Harrington : Electronic ORDER entered denying 23 |

| | | Motion for Summary Judgment. MOTION DENIED. cc/cl (Holahan, Sandra) (Entered: 12/14/2005) |
|---|---|---|
| 01/13/2006 | 33 | Joint MOTION TO SUBMIT CASE TO MEDIATION by Fidelity and Guaranty Insurance Company.(Loeffler, Eric) (Entered: 01/13/2006) |
| 01/17/2006 | | Judge Edward F. Harrington : Electronic ORDER entered granting 33 Motion to submit case to mediation. JOINT MOTION IS ALLOWED. cc/cl (Holahan, Sandra) (Entered: 01/17/2006) |
| 01/19/2006 | 34 | Judge Edward F. Harrington : ORDER entered. REFERRING CASE to Alternative Dispute Resolution.(Holahan, Sandra) (Entered: 01/19/2006) |
| 01/26/2006 | | Electronic Notice Regarding assignment to ADR Provider. Counsel are instructed to confer with each other and choose four mutually agreeable names from the Court's list of ADR Panel members (The list may be accessed at www.mad.uscourts.gov, click on "guides and publications", then click on "ADR Panel Members".) In addition, choose four dates between February 1, 2006 and March 31, 2006 on which all cousel and principals are available to attend the mediation. The four names and date must be provided to the ADR Program (by calling 617-748-4140) NO LATER THAN February 2, 2006. (Tyler, Rebecca) (Entered: 01/26/2006) |
| 02/28/2006 | | Electronic Notice of assignment to ADR Provider. ADR Panel Member Scott A. Birnbaum, Esq. appointed.(Tyler, Rebecca) (Entered: 02/28/2006) |
| 02/28/2006 | | ELECTRONIC NOTICE of ADR Conference. Mediation with principal present set for 3/21/2006 at 10:00 AM in Courtroom 7 before ADR Panel Member Scott Birnbaum, Esq. Counsel are instructed to send the mediator confidential mediation briefs, NO LONGER THAN 5 PAGES IN LENGTH, one week before the mediation to the email address: birnbaum@birnbaumgodkinh.com. In addition, counsel should supply the docket sheet, exhibits to the Complaint, and any other critical pleadings, by the same date.(Tyler, Rebecca) (Entered: 02/28/2006) |
| 03/14/2006 | | ELECTRONIC NOTICE of RESCHEDULING OF ADR Conference. Mediation with principals present has been re-set to 4/04/2006 at 10:00 AM in Courtroom 7 before ADR Panel Member Scott Birnbaum, Esq. Counsel are instructed to send the mediator confidential mediation brief NO LONGER THAN 5 PAGES IN LENGTH, no later than March 28, 2006 to the email address: birnbaum@birnbaumgodkin.com. In addition counsel should supply the docket sheet, exhibits to the Complaint, and any other critical pleadings, by the same date.(Tyler, Rebecca) (Entered 03/14/2006) |
| 04/06/2006 | 35 | REPORT of Alternative Dispute Resolution Provider. Significant progress was made towards full settlement of this matter. It is suggested that the Court set a status conference for two month's time.(Tyler, Rebecca) (Entered: 04/06/2006) |
| 04/11/2006 | 36 | Judge Edward F. Harrington : ORDER entered. SCHEDULING ORDE |

| | | |
|---|---|---|
| | | Status Conference set for 6/29/2006 11:00 AM in Courtroom 13 before Senior Judge Edward F. Harrington. SO ORDERED. cc/cl(Holahan, Sandra) (Entered: 04/12/2006) |
| 06/29/2006 | | ElectronicClerk's Notes for proceedings held before Judge Edward F. Harrington : Status Conference held on 6/29/2006. Counsel for all parties appear; Parties report settlement on all but indemnification; Parties to confer and try to resolve; If not, parties will file motions for separate and final judgment by 7/28/2006, which Court will take under advisement. Reporter none.) (Holahan, Sandra) (Entered: 06/29/2006) |
| 06/29/2006 | 37 | Judge Edward F. Harrington : ORDER entered regarding status conference on 6/29/2006. (Holahan, Sandra) (Entered: 06/29/2006) |
| 07/28/2006 | 38 | Joint MOTION for Order to Enforce Settlement Agreement by Fidelity and Guaranty Insurance Company, Town of Seekonk. (Attachments: # 1) (Brooslin, Andrew) (Entered: 07/28/2006) |
| 08/04/2006 | 39 | Opposition re 38 Joint MOTION for Order to Enforce Settlement Agreement filed by Star Equipment Corporation. (Timmins, James) (Entered: 08/04/2006) |
| 08/09/2006 | | Judge Edward F. Harrington : Electronic ORDER entered denying 38 Motion to enforce settlement agreement. (Folan, Karen) (Entered: 08/09/2006) |
| 08/09/2006 | 40 | Judge Edward F. Harrington : REVISED TRIAL ORDER entered. Jury Trial set for 3/26/07.(Folan, Karen) (Entered: 08/09/2006) |
| 08/22/2006 | | ELECTRONIC REPORT of Alternative Dispute Resolution Program. Following mediation, the case did not settle. Entry made for statistical purposes.(Tyler, Rebecca) (Entered: 08/22/2006) |
| 11/03/2006 | 41 | Joint MOTION for Reconsideration re 38 Joint MOTION for Order to Enforce Settlement Agreement *by Town of Seekonk and* by Fidelity and Guaranty Insurance Company. (Attachments: # 1 Exhibit A)(Loeffler, Eric) (Entered: 11/03/2006) |
| 11/03/2006 | 42 | Joint MOTION Request for Hearing re 41 Joint MOTION for Reconsideration re 38 Joint MOTION for Order to Enforce Settlement Agreement *by Town of Seekonk and* by Fidelity and Guaranty Insurance Company.(Loeffler, Eric) (Entered: 11/03/2006) |
| 11/07/2006 | | Judge Edward F. Harrington : Electronic ORDER entered granting 41 Motion for Reconsideration. (Folan, Karen) (Entered: 11/07/2006) |
| 11/07/2006 | | Judge Edward F. Harrington : Electronic ORDER entered granting 42 Motion for hearing. (Folan, Karen) (Entered: 11/07/2006) |
| 11/07/2006 | 43 | Judge Edward F. Harrington : SCHEDULING ORDER entered. "A hearing on the Joint Motion for Reconsideration is scheduled for Wednesday, November 22, 2006, at 10:00 a.m., in Courtroom No. 13 on the Fifth Floor. SO ORDERED."(Folan, Karen) (Entered: 11/07/2006) |
| | | |

| 11/20/2006 | | ELECTRONIC NOTICE Resetting Hearing. Hearing rescheduled : Motion hearing RESET for November 28, 2006 at 11:00 a.m. (Folan, Karen) (Entered: 11/20/2006) |
|---|---|---|
| 11/22/2006 | 44 | MEMORANDUM in Opposition re 41 Joint MOTION for Reconsideration re 38 Joint MOTION for Order to Enforce Settlement Agreement *by Town of Seekonk and* filed by Star Equipment Corporation. (Timmins, James) (Entered: 11/22/2006) |
| 11/28/2006 | | ElectronicClerk's Notes for proceedings held before Judge Edward F. Harrington : Motion Hearing held on 11/28/2006 re 41 Joint MOTION for Reconsideration re 38 Joint MOTION for Order to Enforce Settlement Agreement *by Town of Seekonk and* filed by Fidelity and Guaranty Insurance Company. EFH takes matter under advisement. (Court Reporter Patrisso.) (Folan, Karen) (Entered: 11/29/2006) |
| 11/29/2006 | 45 | Judge Edward F. Harrington : ORDER entered. (Folan, Karen) (Entered: 11/29/2006) |
| 02/13/2007 | 46 | MOTION for Leave to File *Motion for Summary Judgment* by Fidelity and Guaranty Insurance Company. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Loeffler, Eric) (Entered: 02/13/2007) |
| 02/21/2007 | 47 | Judge Edward F. Harrington : FINAL PRETRIAL CONFERENCE ORDER entered. Final Pretrial conference set for March 14, 2007 at 11:00 a.m.(Folan, Karen) (Entered: 02/21/2007) |
| 02/28/2007 | 48 | AFFIDAVIT of John Foran in Opposition re 46 MOTION for Leave to File *Motion for Summary Judgment* filed by Star Equipment Corporation. (Timmins, James) (Entered: 02/28/2007) |
| 02/28/2007 | 49 | Opposition re 46 MOTION for Leave to File *Motion for Summary Judgment* filed by Star Equipment Corporation. (Timmins, James) (Entered: 02/28/2007) |
| 02/28/2007 | 50 | MEMORANDUM in Opposition re 46 MOTION for Leave to File *Motion for Summary Judgment* filed by Star Equipment Corporation. (Timmins, James) (Entered: 02/28/2007) |
| 03/01/2007 | | Judge Edward F. Harrington : Electronic ORDER entered granting 46 Motion for Leave to File. (Folan, Karen) (Entered: 03/02/2007) |
| 03/01/2007 | 51 | Judge Edward F. Harrington : SCHEDULING ORDER entered.(Folan, Karen) (Entered: 03/02/2007) |
| 03/05/2007 | 52 | MOTION for Summary Judgment by Fidelity and Guaranty Insurance Company.(Loeffler, Eric) (Entered: 03/05/2007) |
| 03/05/2007 | 53 | MEMORANDUM in Support re 52 MOTION for Summary Judgment filed by Fidelity and Guaranty Insurance Company. (Loeffler, Eric) (Entered: 03/05/2007) |
| 03/05/2007 | 54 | STATEMENT of facts re 52 MOTION for Summary Judgment. |

| | | |
|---|---|---|
| | | (Loeffler, Eric) (Entered: 03/05/2007) |
| 03/05/2007 | 55 | AFFIDAVIT re 52 MOTION for Summary Judgment, 54 Statement of facts, 53 Memorandum in Support of Motion by Fidelity and Guaranty Insurance Company. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Loeffler, Eric) (Entered: 03/05/2007) |
| 03/06/2007 | 56 | Judge Edward F. Harrington : SCHEDULING ORDER entered. Hearing on Motion for Summary Judgment set for March 26, 2007 at 10:00 a.m. (Folan, Karen) (Entered: 03/07/2007) |
| 03/07/2007 | | ELECTRONIC NOTICE Cancelling Hearing. Hearing cancelled: Final Pretrial that was set for March 14, 2007 is CANCELLED. (Folan, Karen) (Entered: 03/07/2007) |
| 03/20/2007 | 57 | Opposition re 52 MOTION for Summary Judgment filed by Star Equipment Corporation. (Timmins, James) (Entered: 03/20/2007) |
| 03/20/2007 | 58 | MEMORANDUM in Opposition re 52 MOTION for Summary Judgment filed by Star Equipment Corporation. (Timmins, James) (Entered: 03/20/2007) |
| 03/26/2007 | | Judge Edward F. Harrington : Electronic ORDER entered granting 52 Motion for Summary Judgment. "Plaintiff's Motion for Summary Judgment is allowed as to liability. A hearing on damages is set for Apr 2, 2007 at 9:00 a.m. So ordered." (Folan, Karen) (Entered: 03/26/2007) |
| 03/26/2007 | 59 | Judge Edward F. Harrington : MEMORANDUM AND ORDER entered (Folan, Karen) (Entered: 03/27/2007) |
| 03/26/2007 | | ElectronicClerk's Notes for proceedings held before Judge Edward F. Harrington : Motion Hearing held on 3/26/2007 MOTION for Summary Judgment filed by Fidelity and Guaranty Insurance Company,. Oral arguments by parties. EFH takes under advisement. (Court Reporter Joyce.) (Folan, Karen) (Entered: 04/05/2007) |
| 04/02/2007 | | ElectronicClerk's Notes for proceedings held before Judge Edward F. Harrington : Hearing re Damages held on 4/2/2007. Exhibits 1-4,6 entered into evidence. Exhibit 5 and 7 for ID. Plaintiff rests. Defense calls John Foran. Sworn and testifies. Court takes matter under advisement. (Court Reporter Cloonan.) (Folan, Karen) (Entered: 04/11/2007) |
| 04/05/2007 | 60 | Judge Edward F. Harrington : FINDINGS OF FACTS AND ORDER entered. (Folan, Karen) (Entered: 04/05/2007) |
| 04/10/2007 | 61 | Judge Edward F. Harrington : JUDGMENT entered for plaintiff in the amount of $111,313.43, plus costs and interest.(Folan, Karen) (Entered 04/11/2007) |
| 05/07/2007 | 62 | NOTICE OF APPEAL as to 60 Order, 61 Judgment by Star Equipment Corporation Filing fee $ 455, receipt number 1510175 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be download |

| | | |
|---|---|---|
| | | from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/28/2007 (Timmins, James) (Entered: 05/07/2007) |
| 05/10/2007 | 63 | AMENDED DOCUMENT by Star Equipment Corporation. Amendment to 62 Notice of Appeal., 61 Judgment, 60 Order, 45 Order. (Timmins, James) (Entered: 05/10/2007) |